J. ROSWELL HASBROUCK, Respondent, *v.* HOWARD E. VAN WINKLE et al., Appellants.

Argued June 19, 1942; decided July 29, 1942.

*Joseph M. Fowler* for appellants.

*Francis T. Murray* and *Andrew J. Cook* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LOUGHRAN, J.